UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH ANTHONY MURABITO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STERICYCLE SPECIALTY WASTE SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 5:15-cv-05374-EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

　　　　Having reviewed the parties' joint statement (Dkt. No. 29) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for May 26, 2016, is CONTINUED to **10:00 a.m. on June 23, 2016**. On or before **June 16, 2016**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and the amount of additional time necessary to finalize and file a dismissal.

　　　　The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal is filed on or before **June 16, 2016**.

　　　　**IT IS SO ORDERED.**

Dated:  May 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge